UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In Re:<br>POCH, RONALD ANDREW<br>POCH, RONALD ANDREW<br><br>Debtor(s) | Case No. 08-68429<br>Chapter   07  Asset Case<br>Judge   MARGARET H. MURPHY<br><br>Trustee   TAMARA M. OGIER |
|---|---|

### INTERIM REPORT OF TRUSTEE

1. Report number 123 for the period ending 06/30/09.

2. Date of section 341(a) meeting: 06/10/08
   Date appointment accepted:

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   | Total receipts | 0.00 | | Checking | 0.00 |
   |---|---|---|---|---|
   | Total disbursements | 0.00 | | Money Market | 0.00 |
   | | | | Investment | 0.00 |
   | | | | **Total** | **$0.00** |

   The amount of the Trustee's bond is: Blanket Bond $47,929,000.00 which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                                     $0.00
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:   **(None)**

5. Projected total value to be realized (total of 3 + 4):                                               $0.00

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

   Next Activity:   Appeal of the United States Trustee's Motion to Extend Time to Object to
                    Discharge pending

7. Projected date of final report:   12/31/09

   Trustee's Signature: _____

   TAMARA M. OGIER
   170 Mitchell Street, S.W.
   Date: 07/23/09    Atlanta, GA 30303-3424
   (404) 525-4000

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-68429 MHM
Case Name: POCH, RONALD ANDREW
Period Ending: 06/30/09

Trustee: (300290)    TAMARA M. OGIER
Filed (f) or Converted (c): 05/05/08 (f)
§341(a) Meeting Date: 06/10/08
Claims Bar Date:

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 450.00 | 0.00 | | 0.00 | FA |
| 2 | Checking/savings Wachovia | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings | 15,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, etc. | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Fishing equipment | 250.00 | 0.00 | | 0.00 | FA |
| 7 | lng insurance - cash value | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | 96 Toyota | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$22,600.00** | **$0.00** | | **$0.00** | **$0.00** |

Major Activities Affecting Case Closing:
  Appeal of the United States Trustee's Motion to Extend Time to Object to Discharge pending

Initial Projected Date Of Final Report (TFR):  December 31, 2009    Current Projected Date Of Final Report (TFR):  December 31, 2009