UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD ANDREW POCH, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 08-68429-MHM |
| RONALD ANDREW POCH, | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| DONALD F. WALTON, et al., | CIVIL ACTION FILE |
| Appellee. | NO. 1:09-cv-450-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of the appeal of the bankruptcy order entered February 9, 2009, and the court having rendered its decision, it is

**Ordered and Adjudged** that the request for leave to appeal is DENIED.

Dated at Atlanta, Georgia this 26th day of February, 2010.

JAMES N. HATTEN
CLERK OF COURT

By: */s/ K. Thornton*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 26, 2010
James N. Hatten
Clerk of Court

By:*/s/ K. Thornton*
    Deputy Clerk