## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ) | CASE NO. 08-68429-MHM |
| RONALD ANDREW POCH, ) | |
| ) | |
| DEBTOR. ) | |

## NOTICE REGARDING HEARING ON
## MOTION FOR EXTENSION OF DEADLINES

On April 2 , 2010, the United States Trustee filed a motion for extension of the deadline for filing a motion to dismiss this case under Bankruptcy Code section 707(b) and the deadline for filing a complaint objecting to the debtor's discharge under Bankruptcy Code section 727 (the "Motion") (Docket Entry No. 129).  In the Motion, the United States Trustee requests that the Court enter an order confirming that his time to file a motion to dismiss under section 707(b) and  to file a complaint under section 727continues to be tolled until the debtor's appeal is fully concluded, or, in the alternative, (ii) enter an order extending his time to  file a motion to dismiss under section 707(b) and/or file a complaint under section 727until 45 days after the debtor's motion for rehearing is heard,  and (iii) for such other and further relief as this Court deems just and proper.

A hearing will be held on the Motion in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, on Tuesday, May 11, 2010, at 2:45 p.m. in Courtroom 1204, Richard Russell Federal Building and United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing.  The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Notice given by:

*s/ Martin P. Ochs*
MARTIN P. OCHS
NY Bar No. MO-1203
GA Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
martin.p.ochs@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 2, 2010, I served a copy of this Notice by First Class United States Mail, with adequate postage to ensure delivery to:

Ronald Andrew Poch
33 Waterstone Way
Acworth, GA 30101

Tamara Miles Ogier
Ellenberg, Ogier, Rothschild & Rosenfeld
170 Mitchell St. S.W.
Atlanta, GA 30303

*s/ Martin P. Ochs*
MARTIN P. OCHS