**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 08-68429-MHM |
| RONALD ANDREW POCH, | ) | |
| | ) | |
| DEBTOR. | ) | |

**WITHDRAWAL OF UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME
TO FILE A MOTION TO DISMISS UNDER SECTION 707(b) AND/OR FILE A
COMPLAINT UNDER SECTION 727**

COMES NOW the United States Trustee for Region 21 and hereby withdraws the Motion

to Extend Time to File a Motion to Dismiss Under Section 707(b) and/or File a Complaint

Under Section 727 (the "Motion"), which he filed as docket number 128, and which was

inadvertently docketed with the incorrect attachment.  The Motion was re-filed  as docket

number 129 and that docket entry has the correct attachment, accordingly, by the filing of this

document, the United States Trustee is not withdrawing any other document which he may have

docketed in this case.

DATED this the 2nd day of April, 2010.

DONALD F. WALTON,
UNITED STATES TRUSTEE
Region 21

s/Martin P. Ochs
Martin P. Ochs
Trial Attorney
N.Y. Bar No. MO-1203
Georgia Bar No. 091608

Office of the United States Trustee
362 Richard Russell Building

75 Spring Street, S.W.
Atlanta, GA 30303
martin.p.ochs@usdoj.gov.
404-331-4437